# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BENJAMIN AARON BREWER** : | |
| *Plaintiff* : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 17-CV-284** |
| : | |
| **THE CITY OF PHILADELPHIA,** *et al.* : | |
| *Defendants* : | |

## O R D E R

**AND NOW**, this 13th day of January, 2021, upon consideration of Plaintiff Benjamin Aaron Brewer's Amended Complaint (ECF No. 4), it is hereby **ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*